**Form 132**

UNITED STATES BANKRUPTCY COURT        76
WESTERN DISTRICT OF PENNSYLVANIA      culy

In re:                                                          Bankruptcy Case No.: 12–70034–JAD

                                                                Chapter: 7

**Randy Scott Downey**
**fdba Downey Trucking**
   Debtor(s)

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE**
**AND DETERMINATION OF TRUSTEE BOND**

   Lisa M. Swope is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 11/14/16                                                 **Andrew R. Vara**
                                                                Acting United States Trustee

                                                                **Joseph S. Sisca**
                                                                Assistant United States Trustee
                                                                Western District of Pennsylvania

---

I Lisa M. Swope, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                Lisa M. Swope

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Randy Scott Downey  
    Debtor

Case No. 12-70034-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 1     Date Rcvd: Nov 14, 2016  
                     Form ID: 132     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.  
tr         +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,     Ebensburg, PA 15931-0270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2016 at the address(es) listed below:  
         Andrew F Gornall     on behalf of Creditor    Deutsche Bank National Trust Company, et al...  
          agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Gregory Javardian     on behalf of Creditor    Deutsche Bank National Trust Company, et al...  
          greg@javardianlaw.com,    mary@javardianlaw.com;tami@javardianlaw.com  
         Lisa M. Swope     lms@nsslawfirm.com,    klw@nsslawfirm.com;pa73@ecfcbis.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Paul W. McElrath, Jr.     on behalf of Debtor Randy Scott Downey ecf@mcelrathlaw.com,  
          donotemail.ecfbackuponly@gmail.com  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                             TOTAL: 6