Form 143

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Randy Scott Downey**
**fdba Downey Trucking**
   Debtor(s)

Bankruptcy Case No.: 12–70034–JAD

Chapter: 7
Docket No.: 75 – 73

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Ronda J. Winnecour has been removed as trustee from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: November 14, 2016

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Randy Scott Downey
    Debtor

Case No. 12-70034-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 1     Date Rcvd: Nov 14, 2016
                    Form ID: 143     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.
tr         +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2016 at the address(es) listed below:
           Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
            agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
           Gregory Javardian     on behalf of Creditor    Deutsche Bank National Trust Company, et al...
            greg@javardianlaw.com,  mary@javardianlaw.com;tami@javardianlaw.com
           Lisa M. Swope    lms@nsslawfirm.com,  klw@nsslawfirm.com;pa73@ecfcbis.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Paul W. McElrath, Jr.    on behalf of Debtor Randy Scott Downey ecf@mcelrathlaw.com,
            donotemail.ecfbackuponly@gmail.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                           TOTAL: 6