**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RANDY SCOTT DOWNEY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:12-70034 JAD<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/18/2012 and confirmed on 04/04/2012 . The case was subsequently  (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 43,526.14 |
| Less Refunds to Debtor | 17.58 | |
| TOTAL AMOUNT OF PLAN FUND | | 43,508.56 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,887.03 | |
|   Trustee Fee | 1,462.01 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,349.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PA DEPARTMENT OF REVENUE* | 358.01 | 358.01 | 4.06 | 362.07 |
|     Acct: 1418 | | | | |
|   INDIANA COUNTY TAX CLAIM BUREAU | 973.49 | 973.49 | 0.00 | 973.49 |
|     Acct: 9634 | | | | |
|   M & T BANK/CREDIT CORP | 8,444.45 | 7,817.26 | 950.07 | 8,767.33 |
|     Acct: 2325 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8697 | | | | |
| | | | | 10,102.89 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 1,084.87 | 871.90 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RANDY SCOTT DOWNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RANDY SCOTT DOWNEY | 17.58 | 17.58 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JASON MAZZEI ESQ<br>Acct: | 2,015.13 | 2,015.13 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PAUL W MCELRATH JR ESQ<br>Acct: | 500.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 1418 | 34,781.49 | 25,542.97 | 0.00 | 25,542.97 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 1418 | 4,820.60 | 3,513.66 | 0.00 | 3,513.66 |
| | | | | 29,056.63 |
| **Unsecured** | | | | |
| EAST BAY FUNDING<br>Acct: 0404 | 14,618.54 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA**<br>Acct: XXX5950 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK NA**<br>Acct: 6762 | 661.01 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP<br>Acct: 3864 | 29,738.21 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP<br>Acct: 8196 | 8,146.19 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*)<br>Acct: XXX7808 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 0181 | 5,667.44 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 1866 | 13,263.68 | 0.00 | 0.00 | 0.00 |
| EAST BAY FUNDING<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEGRAL RECOVERIES<br>Acct: XXX4251 | 0.00 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC - AS ASSIGNEE<br>Acct: 5911 | 16,576.73 | 0.00 | 0.00 | 0.00 |
| WILLIAM G SATTERLEE & SONS INC<br>Acct: 4533 | 673.39 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 1418 | 438.41 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 1418 | 4,983.55 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC(++)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GREGORY JAVARDIAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP<br>Acct: XXX8317 | 0.00 | 0.00 | 0.00 | 0.00 |

***N O N E***

TOTAL PAID TO CREDITORS                                                                 39,159.52

| 12-70034 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | Page 3 of 3 |

TOTAL CLAIMED
PRIORITY            39,602.09
SECURED              9,775.95
UNSECURED           94.767.15


Date: 11/28/2016                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com