IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No: 12-70034-JAD |
| | : | |
| Randy Scott Downey, | : | Chapter 7 |
|     Debtor | : | |
| | : | |
| Randy Scott Downey, | : | Doc. No. 89 |
|     Movant | : | |
| | : | Related to Doc. No. 73 |
| v. | : | |
| American Infosource | : | Status Conference Date: |
| ARS, Atlas Acquisitions | : | January 13, 2017 at 10:00 AM |
| BAC Home Loans, Bank Of America | : | |
| Capital One, Chase. Citifinancial | : | MOC Date and Time: |
| CR Evergreen, LLC, Deutsche Bank | : | December 21, 2016 at 9:00 AM |
| Discover. East Bay Funding | : | |
| eCAST Settlement | : | |
| Frederick J. Hanna & Assoc. | : | |
| Gregory Javardian Esquire | : | |
| Indiana County Tax Claim Bureau | : | |
| Integral Recoveries | : | |
| Internal Revenue Service | : | |
| KML Law Group, M&T Bank | : | |
| Pennsylvania Dept. of Revenue | : | |
| United Recovery System | : | |
| US Bank, W.G. Satterlee and Sons | : | |
| Lisa M. Swope, | : | |
| Chapter 7 Trustee | : | |
|     Respondents | : | |

RULE 1019 REPORT OF CONVERSION OF CASE UNDER CHAPTER 13

TO CASE UNDER CHAPTER 7 BY DEBTOR

    Debtor, Randy Scott Downey, by and through his attorney in the above-mentioned case, hereby files this Report of Conversion:

1. On November 14, 2016, a Motion to Convert from Chapter 13 to 7 was filed on behalf of the debtor.

2. The motion was granted and an Order was signed on November 14, 2016. The Order required the debtor to comply with Rules 1019(1)(A) and 1007(b), if such documents have not been filed. The Order further demanded that the names and addresses of all post-petition claimants be provided.

3. No new debt has been accumulated since the filing and commencement of the Chapter 13 case, therefore, he does not have any post-petition claimants.

4. All required schedules have been completed and filed on November 30, 2016, at Doc. No. 87,88.

5. There has been no post-confirmation added property, debts unlisted by the Chapter 13 Trustee or new executory contracts.

WHEREFORE, the debtor, Randy Scott Downey, respectfully files this Rule 1019 Report.

Dated: November 30, 2016        /s/ Paul W. McElrath, Esq.
                                Paul W. McElrath, Esq.
                                Attorney for Debtor/Movant
                                McElrath Legal Holdings, LLC
                                PA ID #86220
                                1641 Saw Mill Run Blvd
                                Pittsburgh, PA 15210
                                Tel: 412.765.3606
                                Fax: 412.765.1917