**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No: 12-70034-JAD |
| | : | |
| Randy Scott Downey, | : | Chapter 7 |
|     Debtor | : | |
| | : | |
| Randy Scott Downey, | : | Doc. No. 90 |
|     Movant | : | |
| | : | Related to Doc. No. 87 88, 89 |
|     v. | : | |
| American Infosource | : | Status Conference Date: |
| ARS, Atlas Acquisitions | : | January 13, 2017 at 10:00 AM |
| BAC Home Loans, Bank Of America | : | |
| Capital One, Chase. Citifinancial | : | MOC Date and Time: |
| CR Evergreen, LLC, Deutsche Bank | : | December 21, 2016 at 9:00 AM |
| Discover. East Bay Funding | : | |
| eCAST Settlement | : | |
| Frederick J. Hanna & Assoc. | : | |
| Gregory Javardian Esquire | : | |
| Indiana County Tax Claim Bureau | : | |
| Integral Recoveries | : | |
| Internal Revenue Service | : | |
| KML Law Group, M&T Bank | : | |
| Pennsylvania Dept. of Revenue | : | |
| United Recovery System | : | |
| US Bank, W.G. Satterlee and Sons | : | |
| Lisa M. Swope, | : | |
|     Chapter 7 Trustee | : | |
|         Respondents | : | |

**CERTIFICATE OF SERVICE OF AMENDED SCHEDULES I, J, STATEMENT OF INTENTIONS AND 1019 REPORT OF CONVERSION**

      I, the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that on November 30, 2016, I served a true and Correct copy of the Amendments to Schedules I, J, Statement of Intentions and the 1019 Report of Conversion, on the parties on the attached Matrix via U.S. pre-paid postage mail or electronic mail where indicated.

Executed on: November 30, 2016

                                              By:    /s/ Sharla Munroe
                                                    Sharla Munroe, Paralegal
                                                    McElrath Legal Holdings, LLC
                                                    1641 Saw Mill Run Blvd.
                                                    Pittsburgh, PA 1521
                                                    Tel: 412.765.3606
                                                    Fax: 412.765.1917

**MATRIX**
**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

**Service by First-Class Mail**

Lisa M. Swope, Esquire
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931


Randy Scott Downey
404 Oak Street
Indiana, PA 15701

American Infosource LP
PO Box 71083
Charlotte, NC 28272

Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Associated Recovery Systems
A Division of ARS National
Services
PO Box 469046
Escondido, CA 92046

Atlas Acquisitions LLC
Attn: Avi Schild
294 Union Street
Hackensack, NJ 07601

BAC Home Loans Servicing
LP
400 National Way
Mail Stop: CA6-919-01-23
Simi Valley, CA 93065

Bank Of America
Po Box 1598
Norfolk, VA 23501

Bank Of America
Po Box 15311
Wilmington, DE 19884

Capital One
Po Box 85520
Richmond, VA 23285

Chase
Po Box 15298
Wilmington, DE 19850

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

CitiFinancial, Inc.
P.O. Box 140489
Irving, TX 75014-0489

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111

Deutsche Bank National Trust
Company
et al
c/o Vitti and Vitti and
Associates, P.C.
916 Fifth Avenue
Pittsburgh, PA 15212

Discover
PO Box 3025
New Albany, OH 43054

Discover Bank
Dfs Services LLC
P.O. Box 3025
New Albany, OH 43054-3025

East Bay Funding
c/o Resurgent Capital
Services
PO Box 288
Attn: Susan Gaines
Greenville, SC 29603

eCAST Settlement Corp.
Post Office Box 35480
Newark, NJ 07193-5480

Frederick J. Hanna &
Associates, P.C.
1427 Roswell Road
Marietta, GA 30062

Gregory Javardian Esquire
1310 Industrial Boulevard
1st Floor Suite 101
Southampton, PA 18966

Indiana County Tax Claim
Bureau
Indiana County Courthouse
825 Philadelphia Street
Indiana, PA 15701-3934

Integral Recoveries
770 W Hampden Ave Ste 34
Englewood, CO 80110

Internal Revenue Service
P.O. Box 21125
Philadelphia, PA 19114

Internal Revenue Service
William S. Moorehead
Federal Building
1000 Liberty Avenue
Room 806
Pittsburgh, PA 15222

Internal Revenue Service
Insolvency Unit
P.O. Box 628
Pittsburgh, PA 15230

M&T Bank
1100 Wehrle Drive
Williamsville, NY 14221

Pennsylvania Department of
Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

U S Bank
101 5th St E Ste A
Saint Paul, MN 55101

United Recovery System
P.O. Box 722929
Houston, TX 77072-2929

US Bank
4125 Technology Way
Carson City, NV 89706

W.G. Satterlee and Sons
12475 Route 119 Hwy North
Rochester Mills, PA 15771