**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 12–70034–JAD**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Randy Scott Downey
   fdba Downey Trucking
   404 Oak Street
   Indiana, PA 15701

Social Security No.:
   xxx–xx–1418

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Paul W. McElrath Jr.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Telephone number: 412–765–3606

NAME/ADDRESS OF TRUSTEE
Lisa M. Swope
Neugebauer & Swope, P.C.
219 South Center Street
P. O. Box 270
Ebensburg, PA 15931
Telephone number: 814–472–7151

DATE/TIME/LOCATION OF MEETING OF CREDITORS
February 1, 2017
09:00 AM
2nd Floor Conference Room, 110 Franklin Street,
Johnstown, PA 15905

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 12/28/16

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-70034-JAD
Randy Scott Downey                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 3              Date Rcvd: Dec 28, 2016
                              Form ID: rsc            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2016.
```
db         +Randy Scott Downey,    404 Oak Street,    Indiana, PA 15701-1934
13296660   +American Infosource LP,    PO Box 71083,    Charlotte, NC 28272-1083
13296661   +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
13296664   +BAC Home Loans Servicing LP,    400 National Way,    Mail Stop: CA6-919-01-23,
             Simi Valley, CA 93065-6414
13277186   +Bank Of America,    Po Box 15311,    Wilmington, DE 19850-5311
13354057    Bank of America, N.A.,    P.O.Box 660933,    Dallas,TX 75266-0933
13277187  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     Po Box 85520,    Richmond, VA 23285)
13277189  ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
             (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD 21202)
13319015    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13277188   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13277190    CitiFinancial, Inc.,    P.O. Box 140489,    Irving, TX 75014-0489
13277191   +Deutsche Bank National Trust Company,     et al,   c/o Vitti and Vitti and Associates, P.C.,
             916 Fifth Avenue,    Pittsburgh, PA 15219-4764
13277197    Indiana County Tax Claim Bureau,    Indiana County Courthouse,    825 Philadelphia Street,
             Indiana, PA 15701-3934
13277198   +Integral Recoveries,    770 W Hampden Ave Ste 34,    Englewood, CO 80110-2121
13277204  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U S Bank,     101 5th St E Ste A,    Saint Paul, MN 55101)
13277207   +W.G. Satterlee and Sons,    12475 Route 119 Hwy North,    Rochester Mills, PA 15771-6505
13277195    eCAST Settlement Corp.,    Post Office Box 35480,    Newark, NJ 07193-5480
13374533    eCAST Settlement Corporation, assignee,     of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 29 2016 01:41:53      Pennsylvania Dept. of Revenue,
             Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
cr         +E-mail/Text: bnc@atlasacq.com Dec 29 2016 01:41:13      Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
13277183   +E-mail/Text: legal@arsnational.com Dec 29 2016 01:41:26      Associated Recovery Systems,
             A Division of ARS National Services,    PO Box 469046,    Escondido, CA 92046-9046
13277184   +E-mail/Text: bnc@atlasacq.com Dec 29 2016 01:41:41      Atlas Acquisitions LLC,
             Attn: Avi Schild,    294 Union Street,    Hackensack, NJ 07601-4303
13296671   +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 29 2016 01:36:48      CR Evergreen, LLC,
             MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13277192   +E-mail/Text: mrdiscen@discover.com Dec 29 2016 01:41:11      Discover,    PO Box 3025,
             New Albany, OH 43054-3025
13299780    E-mail/Text: mrdiscen@discover.com Dec 29 2016 01:41:11      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13277193    E-mail/Text: mrdiscen@discover.com Dec 29 2016 01:41:11      Discover Bank,    Dfs Services LLC,
             P.O. Box 3025,    New Albany, OH 43054-3025
13277194   +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 29 2016 01:36:48      East Bay Funding,
             c/o Resurgent Capital Services,    PO Box 288,    Attn: Susan Gaines,
             Greenville, SC 29602-0288
13396033   +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 29 2016 01:36:49
             East Bay Funding, LLC its successors and assigns,    as assignee of B-Line, LLC,
             Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13277201    E-mail/Text: cio.bncmail@irs.gov Dec 29 2016 01:41:24      Internal Revenue Service,
             Insolvency Unit,    P.O. Box 628,    Pittsburgh, PA 15230
13396038    E-mail/PDF: resurgentbknotifications@resurgent.com Dec 29 2016 01:36:49
             LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13277202    E-mail/Text: camanagement@mtb.com Dec 29 2016 01:41:27      M&T Bank,    1100 Wehrle Drive,
             Williamsville, NY 14221
13277203    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 29 2016 01:41:54
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
13277205   +E-mail/Text: bnc@alltran.com Dec 29 2016 01:41:14      United Recovery System,    P.O. Box 722929,
             Houston, TX 77272-2929
                                                                                              TOTAL: 15
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Deutsche Bank National Trust Company, et al...
13277182        Randy Scott Downey
13296659        Randy Scott Downey
```

```
District/off: 0315-7          User: aala                    Page 2 of 3                   Date Rcvd: Dec 28, 2016
                              Form ID: rsc                  Total Noticed: 33

13296662*      +Associated Recovery Systems,    A Division of ARS National Services,    PO Box 469046,
                 Escondido, CA 92046-9046
13296663*      +Atlas Acquisitions LLC,    Attn: Avi Schild,    294 Union Street,    Hackensack, NJ 07601-4303
13296666*      +Bank Of America,    Po Box 15311,    Wilmington, DE 19850-5311
13296665*      +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
13296667*     ++CAPITAL ONE,     PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
13296669*     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13296668*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13296670*       CitiFinancial, Inc.,    P.O. Box 140489,    Irving, TX 75014-0489
13296672*      +Deutsche Bank National Trust Company,    et al,    c/o Vitti and Vitti and Associates, P.C.,
                 916 Fifth Avenue,    Pittsburgh, PA 15219-4764
13296673*      +Discover,    PO Box 3025,    New Albany, OH 43054-3025
13296674*       Discover Bank,    Dfs Services LLC,    P.O. Box 3025,    New Albany, OH 43054-3025
13296675*      +East Bay Funding,    c/o Resurgent Capital Services,    PO Box 288,    Attn: Susan Gaines,
                 Greenville, SC 29602-0288
13296677*      +Frederick J. Hanna & Associates, P.C.,    1427 Roswell Road,    Marietta, GA 30062-3668
13277199*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    P.O. Box 21125,
                 Philadelphia, PA 19114)
13296680*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    P.O. Box 21125,
                 Philadelphia, PA 19114)
13296678*       Indiana County Tax Claim Bureau,    Indiana County Courthouse,    825 Philadelphia Street,
                 Indiana, PA 15701-3934
13296679*      +Integral Recoveries,    770 W Hampden Ave Ste 34,    Englewood, CO 80110-2121
13277200*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 806,    Pittsburgh, PA 15222-4027
13296681*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 806,    Pittsburgh, PA 15222-4027
13296682*       Internal Revenue Service,    Insolvency Unit,    P.O. Box 628,    Pittsburgh, PA 15230
13296683*    +++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
               (address filed with court: M&T Bank,    1100 Wehrle Drive,    Williamsville, NY 14221)
13296684*       Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13296685*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U S Bank,    101 5th St E Ste A,    Saint Paul, MN 55101)
13277206*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    4125 Technology Way,    Carson City, NV 89706)
13296687*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    4125 Technology Way,    Carson City, NV 89706)
13296686*      +United Recovery System,    P.O. Box 722929,    Houston, TX 77272-2929
13296688*      +W.G. Satterlee and Sons,    12475 Route 119 Hwy North,    Rochester Mills, PA 15771-6505
13296676*       eCAST Settlement Corp.,    Post Office Box 35480,    Newark, NJ 07193-5480
13374534*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
13277185       ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
13277196       ##+Frederick J. Hanna & Associates, P.C.,    1427 Roswell Road,    Marietta, GA 30062-3668
                                                                                              TOTALS: 3, * 29, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: aala              Page 3 of 3                Date Rcvd: Dec 28, 2016
                              Form ID: rsc            Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gregory  Javardian    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               bkgroup@kmllawgroup.com
              Lisa M. Swope    lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Randy Scott Downey ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
                                                                                           TOTAL: 6
```